UNITED STATES of America,
Plaintiff—Appellee,

v.

Gemini BOYD, a/k/a Jaraun Boyd,
a/k/a Gemini, Defendant—
Appellant.

No. 10–7460.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 15, 2011.

Decided: March 11, 2011.

Gemini Boyd, Appellant Pro Se. Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Before MOTZ and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gemini Boyd appeals the district court's text-order denying his motion for reconsideration of the denial of his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c) (2006). Because the district court lacked the authority to consider Boyd's motion for reconsideration, *see*

*United States v. Goodwyn,* 596 F.3d 233, 235–36 (4th Cir.), *cert. denied,* — U.S. ——, 130 S.Ct. 3530, 177 L.Ed.2d 1110 (2010), we affirm the district court's order denying the motion. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*